**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **HAROLD B. WILSON, and GRACY SEDLAK,** ) ) ) **Plaintiffs,** ) ) **v.** ) ) **JOSEPH FLETCHER, and ORA THOMAS FLETCHER,** ) ) ) **Defendants.** ) | **CASE NO. 4:12CV3061** **MEMORANDUM AND ORDER** |

This matter is before the court on several motions filed by Plaintiffs. In these motions, Plaintiffs seek an exemption from PACER fees and leave to serve Defendants with summons. (Filing Nos. 11, 13, 14, and 15.) Upon careful consideration, the court will deny Plaintiffs' Motions without prejudice to reassertion until after they have filed sufficient evidence with the court showing the amount in controversy claimed is greater than $75,000.00. As ordered by the court on June 14, 2012, Plaintiffs must show by a preponderance of the evidence that the amount in controversy claimed was legitimate, and that this court has subject matter jurisdiction over Plaintiffs' claims. (Filing No. 12.) They must do so by July 25, 2012. (*Id.* at CM/ECF p. 2.)

IT IS THEREFORE ORDERED that: Plaintiffs' Motions (Filing Nos. 11, 13, 14, and 15) are denied without prejudice to reassertion.

DATED this 12th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.