IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD B. WILSON, GRACY SEDLAK, | |
| Plaintiffs, | 4:12CV3061 |
| vs. | |
| JOSEPH FLETCHER, ORA THOMAS FLETCHER, | MEMORANDUM AND ORDER |
| Defendants. | |

After conferring with the parties during the conference held on the record on September 23, 2013,

IT IS ORDERED:

1) Joseph Fletcher shall provide copies all bank statements that show deposits and withdrawals, and any cancelled checks, reflecting money received from Harold Wilson and any payments made from those funds. He shall also find and disclose the name of the bank employee who stated Joseph Fletcher could not set up a power of attorney account in Harold Wilson's name. All such information shall be sent to Cheryl R. Zwart, Magistrate Judge, 100 Centennial Mall N, #566, Lincoln, Nebraska, 68508 by no later than October 7, 2013.

2) The plaintiffs shall provide copies of all documents that Harold Wilson mailed to the defendants which the defendants refused to accept. All such documents shall be sent to Cheryl R. Zwart, Magistrate Judge, 100 Centennial Mall N, #566, Lincoln, Nebraska, 68508 by no later than October 7, 2013.

3) Harold Wilson shall provide a listing or accounting of all amounts sent to Joseph Fletcher, along with the date of sending those amounts, and copies of any documents sent to the defendants, including documents stating when and to whom Joseph Fletcher was

to make payments from funds received from Harold Wilson. If permitted, Harold Wilson shall obtain and send a copy of his prison account statement, circling any entries which reflect amounts sent to Joseph Fletcher. All such documents shall be sent to Cheryl R. Zwart, Magistrate Judge, 100 Centennial Mall N, #566, Lincoln, Nebraska, 68508 by no later than October 7, 2013.

4) By no later than October 4, 2013, Gracie Sedlak shall retrieve from my chambers copies of all the documents delivered to the court by Joseph Fletcher on September 23, 2013.

5) Gracie Sedlack shall provide a list of the amounts and dates of all monies she received from Joseph Fletcher on Harold's behalf, along with copies of all documents reflecting receipt of this money. All such information shall be sent to Cheryl R. Zwart, Magistrate Judge, 100 Centennial Mall N, #566, Lincoln, Nebraska, 68508 by no later than October 7, 2013.

6) Ora Thomas Fletcher shall provide a copy of all documents received from Harold Wilson, Gracie Sedlak, or Joseph Fletcher reflecting or discussing money transferred from Harold Wilson to Joseph Fletcher, and/or from Joseph Fletcher to Ora Thomas Fletcher, and a copy of any requests made by Ora Thomas Fletcher to receive money, as either a loan or a gift, from Harold Wilson or Harold Wilson's funds. All such documents shall be sent to Cheryl R. Zwart, Magistrate Judge, 100 Centennial Mall N, #566, Lincoln, Nebraska, 68508 by no later than October 7, 2013.

September 25, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

to make payments from funds received from Harold Wilson. If permitted, Harold Wilson shall obtain and send a copy of his prison account statement, circling any entries which reflect amounts sent to Joseph Fletcher. All such documents shall be sent to Cheryl R. Zwart, Magistrate Judge, 100 Centennial Mall N, #566, Lincoln, Nebraska, 68508 by no later than October 7, 2013.

4) By no later than October 4, 2013, Gracie Sedlak shall retrieve from my chambers copies of all the documents delivered to the court by Joseph Fletcher on September 23, 2013.

5) Gracie Sedlack shall provide a list of the amounts and dates of all monies she received from Joseph Fletcher on Harold's behalf, along with copies of all documents reflecting receipt of this money. All such information shall be sent to Cheryl R. Zwart, Magistrate Judge, 100 Centennial Mall N, #566, Lincoln, Nebraska, 68508 by no later than October 7, 2013.

6) Ora Thomas Fletcher shall provide a copy of all documents received from Harold Wilson, Gracie Sedlak, or Joseph Fletcher reflecting or discussing money transferred from Harold Wilson to Joseph Fletcher, and/or from Joseph Fletcher to Ora Thomas Fletcher, and a copy of any requests made by Ora Thomas Fletcher to receive money, as either a loan or a gift, from Harold Wilson or Harold Wilson's funds. All such documents shall be sent to Cheryl R. Zwart, Magistrate Judge, 100 Centennial Mall N, #566, Lincoln, Nebraska, 68508 by no later than October 7, 2013.

September 25, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge